COMPLAINT UNDER 42 USC §1983, CIVIL RIGHTS ACT-TDCJ-ID (Rev. 7/97)

IN THE UNITED STATES DISTRICT COURT
FOR THE __SOUTHERN__ DISTRICT OF TEXAS
__SOUTH__ DIVISION

United States District Court
Southern District of Texas
FILED

NOV 2 8 2001

Michael N. Milby
Clerk of Court

__ANDREW FORD #729542__
Plaintiff's name and ID Number

__WILLACY STATE JAIL__
Place of Confinement

CASE NO: __B-01-196__
(Clerk will assign the number)

v.

__WARDEN DAVID FORREST__
Defendant's name and address

__1695 S. BUFFALO DR RAYMONDVILLE, TX 78580__
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

I.   PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuits in state or federal court relating to your imprisonment?   ____ YES   __✓__ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below.
(If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _____

   2. Parties to previous lawsuit:
      Plaintiff(s) _____

      Defendant(s) _____

   3. Court (If federal, name the district; if state, name the county) _____

   4. Docket Number: _____

   5. Name of judge to whom case was assigned: _____

   6. Disposition: (Was the case dismissed, appealed, still pending?)
      _____

   7. Approximate date of disposition: _____

II. **PLACE OF PRESENT CONFINEMENT:** WILLACY STATE JAIL

III. **EXHAUSTION OF GRIEVANCE PROCEDURES:**
Have you exhausted both steps of the grievance procedure in this institution? ✓ YES ___ NO
Attach a copy of the Step 2 grievance with the response supplied by the prison system.

SUSAN SCHUMACHER, ASST. ADMINISTRATOR IN HUNTSVILLE NEVER RETURN!

IV. **PARTIES TO THIS SUIT:** COPY OF STEP 2

A. Name of address of plaintiff: _____
(AN) _____

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: CAPTAIN LEROY D. MONTGOMERY, DISCIPLINARY HEARING OFFICER  1695 S. BUFFALO DR. RAYMONDVILLE, TX 78580
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
IMPLEMENTED EXCESSIVE PUNISHMENT. DUE PROCESS AND CONSTITUTIONAL VIOLATIONS.

Defendant #2: MR. A. REYES  COUNSEL SUBSTITUTE  1695 S. BUFFALO DR. RAYMONDVILLE, TX 78580
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
FAILED TO PROVIDE AN ADEQUATE AND PROPER INVESTIGATION. NO APPEAL ASSISTANCE.

Defendant #3: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. **STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases of statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

DISCIPLINARY CASE NUMBER 20010320138 CONSISTED OF MANY VIOLATIONS. AN INADEQUATE INVESTIGATION WAS CONDUCTED

To support the charging officers allegations. The charging officer, Mr. M.M. Longoria, made a number of errors in the initial offense report. My housing location and the time of the offense was both incorrect. This issue and other errors was raised during the disciplinary hearing. No resolve was ever made, despite the numerous discrepancies and the incorrect information that was documented. Excessive punishment was imposed on me by the reduction of 552 days of good and work time. I want to also claim ineffective assistance of counsel.

VI. **RELIEF:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Restore all punishment imposed and expunge case from my record. Implement ruling to prevent excessive punishment.

VII. **BACKGROUND INFORMATION:**
  A. State, in complete form, all names you have ever used or been known by including any and all aliases: N/A
  B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if known to you.
  Can not recall.

VII. **SANCTIONS:**

  A. Have you been sanctioned by any court as a result of any lawsuit you have filed?
  ___ YES  ✓ NO

  B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)
     1. Court that imposed sanctions (if federal, give district and division):_____
     2. Case Number: _____
     3. Approximate date sanctions were imposed: _____
     4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

  C. Has any court ever warned or notified you that sanctions could be imposed? ___ YES ✓ NO

  D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer

  N/A

the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warnings were imposed: _____

Executed on: _____
             DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire $150 filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from my inmate account by my custodian until the filing fee is paid.

Signed this __26__ day of __November__, 20 _02_ .
           (Day)                    (Month)          (Year)

_____
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limited to monetary sanctions and/or the dismissal of this action with prejudice.

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## *Inter-Office Communication*
## Administrative Review

**DATE:**      October 29, 2001

**TO:**        Andrew Ford                TDC#729542
               Willacy – First Class

**FROM:**      Susan Schumacher
               Asst. Administrator, Offender Grievances

**SUBJECT:**   Correspondence
               CGO#616-02

The purpose of this correspondence is to acknowledge receipt of your October 16, 2001 letter.

Your appeal of disciplinary case # 20010320138 has been reviewed at both steps of the grievance procedure in grievance #20012119901. Your administrative remedies are considered exhausted and further action from this office is not warranted

SLS/js/vhh
cc: file

Andrew Ford # 729542                    10-16-01
1695 S. Buffalo Dr.
Raymondville, Texas. 78580


                              Ms. Susan Schumacher
                              901 Normal Park Suite # 101
                              Huntsville Texas 77340


Dear Susan Schumacher

   I am Requesting for your Assistance Concerning Excessive Punishment that was Inflicted upon me for Assult on A Officer, Case # 20010320138. Do to Poor Investigation I was found Guilty An Stripped of 552 (G.C.T) And My Line Class (1). I have had other Prior Major Cases Which Consist A Loss of 90 Days & 30 Days (G.C.T). Do to Poor Investigation. I Have Accepted the two Prior Case Do to Denile of Step one, Step Two Grievances, and A lack of No Information to further My Complaint. I am Now Bringing to you My full Complaint, Hoping for your Assistant In this Matter. I am Claimming Excessive Punishment Hoping your Investigation Will Return My 552 (G.C.T) And My Line Class (1). Please Notice that The Information, The Location that the Officer Gave In His Inccident Report was Wrong As Well As the Timming. You will find Alot of Altering from the Original

teletyped copy. Ms. Schumacher Its "Alot of unfit things in the disciplinary and grievance proceedures here. Your assistance in this matter will be highly appreciated as well as your response and investigation. Thanks for your time in this matter.

Respectfully Submitted
Andrew Ford #729542

OCT 19 2001

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
# RECORDS RELEASE AUTHORIZATION

I, the below named and numbered offender, hereby authorize the Texas Department of Criminal Justice to release records pertaining to my trust fund account, as requested by **The United States District Court / Southern District**, (Identify Court, Attorney, etc.).

I, offender **Andrew Ford** - TDCJ # **729542**, being presently incarcerated at the **Willacy County Jail**, ~~Unit~~/Facility of the Texas Department of Criminal Justice, in **Willacy** County, Texas declare under penalty of perjury that the foregoing is true and correct.

Executed on this the **20** day of **November**, ~~19~~ **2001**.

By: _____   Witness _____
(Offender Signature)                 (Approved - Witnessing Authority Signature)

**INSTRUCTIONS:**

1. The offender completes above information, signs and dates the Records Release Authorization in the presence of the approved witnessing authority (Access to Courts Representative).
2. The witnessing authority identifies the offender by ID card or records and, upon verification, witnesses the offender's signature by signing the Records Release Authorization, which the witnessing authority will maintain.
3. The witnessing authority prints out a copy of the offender's trust fund balance which the witnessing authority certifies. The certified copy is then provided to the offender.
4. The offender is required to have an addressed, stamped envelope prepared for mailing. The trust fund printout is immediately placed in the addressed and stamped envelope and the envelope is sealed and placed in the outgoing mail.

**NOTE:** Trust fund information is for Court purposes ONLY. Any other inquires or questions regarding trust fund information, balances, deposits, withdrawals, etc. are to be submitted to TDCJ Offender Trust Fund Department.

ATC - Authorization No.1 (10/96)

```
CSINIB01           TEXAS DEPARTMENT OF CRIMINAL JUSTICE              11/21/01
                       TRUST FUND BANKING HISTORY                    15:04:32
                       AS OF 11/20/01 23.40.05

 TDCJ-NO 00729542 NAME- FORD,ANDREW                    CURRENT-BAL-     91.79

    DATE    AMOUNT UT TP RPT-PG  CD DESCRIPTION            SENDEE
 05/01/01    40.00    MO 0121/06 B1 02782399072     001939 L BANKS
 05/07/01     6.85    CM WI15/IR B4                        050501092557241539
 05/14/01    27.80    CM WI15/IR B4                        051401080044906502
 05/31/01   140.00    TR 8542/01 B3 INSUFFICIENT FUNDS
 06/25/01    10.40    CM WI15/IR B4                        062501093844906502
 06/25/01    39.00    CM WI15/IS B4                        062501093744906502
 06/25/01      .00    CO WI15/IN I              I          062501093844906502
 07/12/01    50.00    MO 0193/01 B1 02864713364     000104 L BANKS
 07/20/01    19.33    CM WI15/IR B4                        072001090644906502
 07/31/01     8.18    CM WI15/IR B4                        073101142357241539
 08/08/01     9.52    CM WI15/IR B4                        080801072157241539
 08/10/01    12.95    CM WI15/IR B4                        081001082857241539
 08/10/01      .00    CO WI15/IN I              I          081001082857241539
 08/24/01      .00    CM WI15/IR B4                        082401111044906502
                                       PRESS ENTER FOR MORE RECORDS
 PF4 PREVIOUS RECORDS  PF2 FIRST RECORD OF HISTORY  PF9 FIRST REC OF CURRENT MONTH
 ENTER TDCJ NUMBER:         OR SID NUMBER:
```

I, Colette Watt, to the best of my knowledge, this is a true and accurate Bank Trust Fund account for Offender Andrew Ford TDCJ# 729542



COLETTE WATT
NOTARY PUBLIC
State of Texas
Comm. Exp. 04-25-2005

```
CSINIB01             TEXAS DEPARTMENT OF CRIMINAL JUSTICE              11/21/01
                        TRUST FUND BANKING HISTORY                     15:04:37
                         AS OF 11/20/01 23.40.05

 TDCJ-NO 00729542 NAME- FORD,ANDREW                 CURRENT-BAL-      91.79

    DATE     AMOUNT UT TP RPT-PG  CD DESCRIPTION              SENDEE
  08/30/01   200.00    MO 0242/11 B1 03258213221     003405   L BANKS
  08/30/01      .00    CM WI15/IR B4                          083001130857241539
  09/13/01    27.10    CM WI15/IR B4                          091301151357241539
  09/20/01     2.85    CM WI15/IR B4                          092001182157241539
  10/01/01    29.98    CM WI15/IR B4                          100101105444906502
  10/11/01    22.84    CM WI15/IR B4                          101101102944906502
  10/18/01     6.15    CM WI15/IR B4                          101801194257241539
  10/29/01    40.00    MO 0302/37 B1 03619281464     009591   H BANMS
  10/29/01    27.45    CM WI15/IR B4                          102701105757241539
  11/05/01     1.70    CM WI15/IR B4                          110301161957241539
  11/09/01    27.16    CM WI15/IR B4                          110901062944906502
  11/16/01     3.00 WI MC WI12/    B4 000300 000000VCO7402 PP 100101113000000000


                END OF HISTORY DATA         PRESS ENTER FOR MORE RECORDS
 PF4 PREVIOUS RECORDS PF2 FIRST RECORD OF HISTORY PF9 FIRST REC OF CURRENT MONTH
 ENTER TDCJ NUMBER:          OR SID NUMBER:
```