3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT COURT
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 0 7 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANDREW FORD | * | |
| VS | * | C.A. NO. B-01-196 |
| DAVID FORREST, Warden | * | |
| LEROY D. MONTGOMERY, Disciplinary Hearing Office | * | |
| A. REYES, Counsel Substitute | * | |

## ORDER ON APPLICATION TO
## PROCEED WITHOUT PAYMENT OF FEES

Having considered the application to proceed without prepayment of fees under 28 U.S.C. § 1915,

IT IS ORDERED that the application is GRANTED. IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon defendants as directed by the plaintiff. All costs of service shall be advanced by the United States.

DONE at Brownsville, Texas, this 4th day of January 2002.

Felix Recio
United States Magistrate Judge