5

Andrew Ford # 729542
1695 S. Buffalo Dr.
Raymondville, Texas. 78580
B-01-CV-196

Date:
03-08-02

United States District Court
Southern District of Texas
FILED

MAR 11 2002

Michael N. Milby
Deputy Clerk, Clerk of Court

600 E. Harrison St # 101
Brownsville, Texas. 78520

To The Honorable Judge of said Court:

I would truely like your full attention as well as the courts. I bring fort to the courts the full truth of the following information I present to you. Do understand that I hold no negative feelings toward the unit of the prison officals that runs this facility. I as a inmate understand that all units and facilities thats ran by the Texas Department of Criminal Justic has policies they must follow. As a convict, I have never been to such a unjust facility do to all the years I have done an spent in T.D.C. The officers are very disrespectful toward the inmates, as well as the inmates are toward the officers do to the way the officers talk to a inmate. If you give respect, you get respect, but officals

HERE DON'T FEEL AS THOUGH INMATES DESERVE ANY RESPECT, DO TO THE LOST OF FREEDOM RIGHTS. THE OFFICERS HERE ARE HISPANICS THE MIGARITY OF THEM, NOT EVERY OFFICER IS APART OF A HISPANIC FAMILY (GANG AFFILIATED). THEY DO HAVE THEIR CHOICE OF PICKS. AS A NON-RACES THIS FACILITY HAS ALOT OF RACISM GOING ON. THIS ALSO PLAYS (A PART) APART IN ALL OF THE RESPECT AND DISRESPECT OF OFFICERS AN INMATES. OFFICERS DISPLAY THEIR RACISM IN PUBLIC EYES SO ITS TO BE KNOWN. WE AS BLACK, WHITE, AND HISPANIC INMATES HAVE HAD RACIAL RIOTS WHERE OFFICERS HERE OF CERTIAN FAMILIES HAVE PLAYED APART BY OPENING DOORS TO ALLOW OTHER INMATES OF THEIR RACE OF FAMILY TO COME FROM ANOTHER DORM OR HOUSING TO PERTISIPATE IN SUCH UNJUST ACTS. THESE TYPE OF THINGS HAPPEN BECAUSE WILLACY OFFICALS HIRE YOUNG UNEXPERIENCED MALE AND FEMALE OFFICERS 18 YRS. OF AGE WITH OR WITHOUT A BACKGROUND CHECK. THESE YOUNG OFFICERS ARE EASILY PERSUADED TO DO ANYTHING A INMATE MAY TELL THEM. WILLACY HAS HAD TO FIRE SOME OFFICERS BECAUSE OF THEIR PERTISAPATION IN ALOT OF UNJUST ACTS, WHILE SOME OFFICERS COME BACK TO WORK AFTER BEING FIRED WITHIN THE FOLLOWING (5) FIVE OR (6) SIX MONTHS OF RETURN. I KNOW THAT AS A INMATE I HAVE TO GO THROUGH PROPER CHANNELS WHEN A PROBLEM ACCURES WITH AN OFFICER OR INMATE APPARENTLY MY PROBLEM ACCURES WITH CERTIAN OFFICERS

that displays their racism toward me as well as other unprofessional behaviors. When I ask for higher athority C/o officers duties are to call if matters can't be resolved but C/o officers fail to call higher athority and trys to take matter in their own hands, until matters get to worse then they decide to call higher athoritees and say they've been assulted or threaten by the inmate so whats left for the inmate to do, but to accept whatever punishment the displinary officer give to them. No inmate is found not guilty not unless that inmate has proof to show his where-abouts or has a offical pass. Grievances are not being answered or once answered your denied of appeal process. I know its alot of inmates that feel their right are being constantly violated as I do, but nothing can be done about it 'cause once the higher athority knows their in violation they stop your mail from being processed out, not unless its over looked, or certified. I know its alot of things a inmate can say about unprofessional acts that can make it sound as though a inmate is not guilty of any violations, but why come the inmate is in violation and what started these actions to come about? Thats the Question? I as a inmate has been on this facility over two years and nothing has been

done to move me to a T.D.C. unit why? As I've stated before one can go on an on about so many things but I'm not here to display hatered remarks. I want something to be done about inmates rights being violated. We as the Black Race have heard the speech that the Warden himself stated: He knows its alot of negative things going on, on this facility but its nothing he can do. Why? Because if he tries to do anything he knows he will no longer be Warden. Yes, he said he would like to make this a better facility, and I truely believe he can make a big change, but as he stated its nothing he can do to help! Right after he gave that speech in the chapel, a few weeks after that a small racial riot broke out Nov. 17th Blacks and Hispanics. Like I say its so much here one man alone can do and I can gone all the way to the murder that happened early part of last year 2001, but I promised to keep silent about it du to a favor of exchange that didn't quite happen the way it was supose to but you and the courts have my problem on hand and thats the most important thing to me an thats my freedom to my family. I thank you for your time hoping for some answers and hoping you recieve this letter if not I

I HAVE EXTRA COPIES TO SEND ONCE I GET TO ANOTHER LOCATION. I APPRECIATE YOUR TIME AN THE COURTS TIME IN THIS MATTER.

RESPECTFULLY SUBMITTED
ANDREW FORD #729542