CAB-01-196
6

Andrew Ford # 729542        03-11-02
11095 S. Buffalo Dr.
Raymondville, Texas. 78580

United States District Court
Southern District of Texas
FILED

MAR 12 2002

Deputy Clerk   Michael N. Milby
               Clerk of Court

600 E. Harrison St # 101
Brownsville, Texas. 78520

Dear Deputy Clerk Sir,

I am writting you once again because I truely feel that the following information I may have left out maybe of great use to you and the courts, to regain my loss good conduct time and my Line Class (1) one status. I could of given this statement before but I felt that I would be penalize for adding to much, so I made it short an to the point. I hope an pray that this doesn't affect me and my complaint sir. You may present the following information if you feel it won't destroy my complaint.

Thank You

(C.C.)

Respectfully Submitted

Andrew Ford # 72954

## Facts + Backgrounds

At 5:30 AM Housing 2 Delta Dorm on 07-21-01 C/o M.M. Longoria came in 2 Delta to feed Breakfast. I and C/o Longoria got into a confrontation because when asking him to put out my mail. He refused, He refuse to let me put out my mail myself. I asked to call some Higher Athority, but C/o Longoria refuse to do so. By walking out the Dorm closing the door in my face. About 10 to 15 minutes after the confrontation S.G.T Salazar came pulled me out of the dorm and locked me in Seg, saying C/o Longoria said I assulted him. While in Seg, I was notifide by another C/o officer as he read me the offense report that was written by C/o Longoria stating, I assulted him by throwing a biscuit that struck the fence that made pieces hit the officer, and I was in Housing 4 Delta Dorm at 5:30 PM when the assult took place. I gave my statement stating: I knew nothing about being in Housing 4-Delta Dorm I live in 2-Delta Dorm A few days after I was notifide by A. Reyes Counselor Substitute, he asked me for a statement, I gave him the same statement. I knew nothing about being in Housing 4-Delta Dorm I lived in 2-Delta Dorm A. Reyes stated he would look into the case. I knew that the case was incorrect and I could beat the case this was my defence. For the disciplinary hearing. On the date of my disciplinary hearing 07-27-2001

I BROUGHT UP THE SAME ISSUE AGAIN, THAT I KNEW NOTHING ABOUT BEING IN HOUSING 4-DELTA DORM, BUT MY STATEMENT WAS TOTALLY IGNORD. CAPTAIN MONTGOMERY DISCIPLINARY HEARING OFFICER ALLOWED C/O LONGORIA TO WALK IN THE HEARING, AND SCRATCH THREW THE HOUSING 4-DELTA DORM AN WROTE 2-DELTA DORM TO MAKE THE CASE STICK AGAINST ME. I FOUND THAT TO BE UNFAIR TO LET A OFFICER CHANGE HIS OR HERS STATEMENT DURING A TRIAL HEARING. BUT WHAT CAN I DO, BUT TAKE IT TO HIGHER ATHORITIES.