UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 1 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ANDREW FORD | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B-01-196 |
| DAVID FORREST, Warden, | § | JUDGE: FELIX RECIO |
| LEROY D. MONTGOMERY, | § | |
| Disciplinary Hearing Officer, | § | |
| A. REYES, Counsel Substitute | § | |

### DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Defendants David Forrest, Leroy D. Montgomery and A. Reyes, and file this their Answer to Plaintiff's Complaint, and in support thereof would respectfully show unto this honorable Court the following:

I.

### ANSWER

1. Defendants are without knowledge or information sufficient to form a belief as to the truth to the averments contained in Paragraph I of Plaintiff's Complaint.

2. Defendants admit the averments contained in Paragraph II of Plaintiff's Complaint.

3. Defendants deny the averments contained in Paragraph III of Plaintiff's Complaint.

4. Defendants deny the averments contained in Paragraph IV of Plaintiff's Complaint.

5. Defendants deny the averments contained in Paragraph V of Plaintiff's Complaint.

6. Defendants deny that Plaintiff is entitled to any of the relief requested in Paragraph VI of Plaintiff's Complaint.

7. Defendants are without knowledge or information sufficient enough to form a belief as to the truth or falsity of the averments contained in Paragraph VII of Plaintiff's Complaint.

8. Defendants are without knowledge or information sufficient to form a belief as to the truth of the averments contained in Paragraph VIII of Plaintiff's Complaint.

II.

## AFFIRMATIVE DEFENSES

1. Defendants assert that the individual Defendants are entitled to qualified immunity from suit because they were acting within the course and scope of their employment and performing discretionary duties in good faith. Defendants did not violate constitutional or statutory rights of which a reasonable person would have known.

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request that Plaintiff's claims be dismissed with prejudice to refiling, that Defendants recover their attorneys fees and costs of court pursuant to 42 U.S.C. §1988, and for any and all other relief, at law or in equity, to which Defendants may show themselves justly entitled.

Respectfully submitted,

**FLOWERS DAVIS, P.L.L.C**
815 Rice Road
Tyler, Texas 75703
(903) 534-8063
(903) 534-1650 Facsimile

_Robert Davis_ /by permission
**ROBERT S. DAVIS**
State Bar No. 05544200

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing instrument was served upon the following counsel of record in the above entitled and numbered cause this the 20th day of February, 2002, by Certified Mail, Return Receipt Requested to:

    Andrew Ford
    *Pro Se*
    #729542
    Willacy State Jail
    1695 S. Buffalo Drive
    Raymondville, Texas 78580

**ROBERT S. DAVIS** /by permission/