⑧

CAB-01-196

Andrew Ford #729542
1695 S. Buffalo Dr.
Raymondville, Texas. 78580

02-26-02

United States District Court
Southern District of Texas
FILED

FEB 28 2002

Michael N. Milby
Clerk of Court

Deputy Clerk
600 E. Harrison St. #101
Brownsville, Texas. 78520

Dear Deputy Clerk,

    I am sending you the following letter so you can assist me on, should or shouldn't I forward this letter to Robert S Davis. I am seeking more information pertaining to my 42 U.S.C. § 1983 form. I am wondering where I stand in getting back my 552 days G.C.T an line one (1) statues. Can you please give me some insights on the case. I am also letting you know that I am soon to be transfered to another T.D.C unit I am (Andrew) aware of contacting you once I get to my new location. As of now, I hope an pray that the foregoing information in the following letter is of good use to offtain my loss of good gnouet time and line clas thank you for your time in this matter and your responce will greatly be appreciated.

                        Very Truely Yours
                        Andrew L. Ford #729542

Andrew Ford #729542                              02-26-02
1695 S. Buffalo Dr.
Raymondville, Texas. 78580

                    Mr. Robert S. Davis
                    815 Rice Road
                    Tyler, Texas. 75703

Dear Mr. Robert Davis Sir,

    I have recieved your response concerning my 42 U.S.C § 1988 an the answer to my defendants and my complaint. I am now wondering where I stand in this court hearing that consist the loss of my Line Class one (1) and 552 Days G.C.T that was taken unlawfully. I understand that the defendants wish to dismiss my claim an have me to refile my complaint. If I may have say in my complaint I would like to truely continue the battle of future release to my family if possib. The return of my status an good conduct time plays a very serious and important role in my life as well as my fami lives. The defendants fail to properly investigate the case the officer whom wrote the offense report plainly states in writting in the best of his knowledge and ability that I was in a location which I was no longer or even housed at. The officer states in writting that I was in housing H-Delta at 5:30 pm. I was housed in medium custody dorm 2-Delta at all times. I have no knowledge of being in the location

As well as time frame the officer stated on the offense report.

During the Disciplinary Hearing I brought the location an time frame to Counselor Substitute A. Keyes and Captain Leroy D. Montgomery's attention, but was ignored. Hearing officer Leroy D. Montgomery let the C/O officer M.M. Longoria come in the middle of the hearing and change housing locations to make the case stick against me. If you look back at the original offense report the C/O officer plainly states his point and it doesn't match to the Tel-Type print out. I brought this to the Grievance Captains attention and he stated the case can be overturned do to the (Defferat) Defference in original offense report an the Tel-Type copy, but I was ignored there as well. I hope an pray that you are able to locate my points as well as others to my defense so I am able to regain the lost of statues and good time as well as the release to my family.

Your assistance in this matter as well as your response will be greatly appreciated

Very truely yours

Andrew L. Ford #729542