- 59

Andrew Ford #709542

1695 S. Buffalo Dr.

Raymonoville, Texas. 78580

United States District Court
Southern District of Texas
FILED

MAR 11 2002

Michael N. Milby
Clerk of Court

B-01CV196

Deputy Clerk

600 E. Harrison st #101

Brownsville, Texas. 78520


TO THE HONORABLE JUDGE OF SAID COURT:

I WOULD TRUELY LIKE YOUR FULL ATTENTION AS
WELL AS THE COURTS. I BRING FORT TO THE COURTS
THE FULL TRUTH OF THE FOLLOWING INFORMATION I
PRESENT TO YOU. DO UNDERSTAND THAT I HOLD NO
NEGATIVE FEELINGS TOWARD THE UNIT OF THE PRISON
OFFICALS THAT RUNS THIS FACILITY. I AS A INMATE
UNDERSTAND THAT ALL UNITS AND FACILITIES THATS
RAN BY THE TEXAS DEPARTMENT OF CRIMINAL JUSTIC
HAS POLICIES THEY MUST FOLLOW. AS A CONVICT, I
HAVE NEVER BEEN TO SUCH A UNJUST FACILITY DO
TO ALL THE YEARS I HAVE DONE AN SPENT IN T.D.C.
THE OFFICERS ARE VERY DISRESPECTFUL TOWARD THE
INMATES, AS WELL AS THE INMATES ARE TOWARD THE
OFFICERS DO TO THE WAY THE OFFICERS TALK TO A INMATE.
IF YOU GIVE RESPECT, YOU GET RESPECT, BUT OFFICALS

Here don't feel as though inmates deserve any respect, Do to the lost of freedom rights. The officers here are Hispanics the megarity of them, not every officer is apart of a Hispanic family (gang affliated). They do have their choice of picks. As a non-races this facility has alot of racism going on. This also plays apart in all of the respect and disrespect of officers an inmates. Officers display their racism in public eyes so its to be known. We as Black, White, and Hispanic inmates have had racial riots where officers here of certian families have played apart by opening doors to allow other inmates of their race of family to come from another doem or housing to pertisepate in such unjust acts. These type of things happen because Willacy officals hire young unexperienced male and female officers 18 yrs of age with or without a background check. These young officers are easily persuaded to do anything a inmate may tell them. Willacy has had to fire some officers because of their pertisapation in alot of unjust acts, while some officers come back to work after being fired within the following (5) five or (6) six months of return. I know that as a inmate I have to go through proper channels when a problem accures with an officer or inmate Apparently my problem accures with certian officers

THAT DISPLAYS THEIR RACISM TOWARD ME AS WELL AS
OTHER UNPROFESSIONAL BEHAVIORS. WHEN I ASK FOR
HIGHER ATHORITY C/O OFFICERS DUTIES ARE TO CALL IF
MATTERS CAN'T BE RESOLVED BUT (these) C/O OFFICERS FAIL
TO CALL HIGHER ATHORITY AND TRYS TO TAKE MATTER IN
THEIR OWN HANDS, UNTIL MATTERS GET TO WORSE THEN
THEY DECIDE TO CALL HIGHER ATHORITEES AND SAY
THEY'VE BEEN ASSULTED OR THREATEN BY THE INMATE
SO WHATS LEFT FOR THE INMATE TO DO, BUT TO
ACCEPT WHATEVER PUNISHMENT THE DISPLINALY OFFICER
GIVE TO THEM. NO INMATE IS FOUND NOT GUILTY
NOT UNLESS THAT INMATE HAS PROOF TO SHOW HIS
WHERE-ABOUTS OR HAS A OFFICAL PASS. GRIEVANCES
ARE NOT BEING ANSWERED OR ONCE ANSWERED YOUR
DENIED OF (stop) APPEAL PROCESS. I KNOW ITS ALOT OF
INMATES THAT FEEL THEIR RIGHT ARE BEING CONSTANTLY
VIOLATED AS I DO, BUT NOTHING CAN BE DONE.
ABOUT IT 'CAUSE ONCE THE HIGHER ATHORITY KNOWS
THEIR IN VIOLATION THEY STOP YOUR MAIL FROM BEING
PROXESSED OUT, NOT UNLESS ITS OVER LOOKED, OR CERTIFIED.
I KNOW ITS ALOT OF THINGS A INMATE CAN SAY ABOUT
UNPROFESSIONAL ACTS THAT CAN MAKE IT SOUND AS
THOUGH A INMATE IS NOT GUILTY OF ANY VIOLATIONS.
BUT WHY COME THE INMATE IS IN VIOLATION AND
WHAT STARTED THESE ACTIONS TO COME ABOUT? THATS
THE QUESTION? I AS A INMATE HAS BEEN ON THIS
FACILITY OVER TWO YEARS AND NOTHING HAS BEEN

Done to move me to a T.D.C unit. Why? As I've stated before one can go on an on about so many thing But I'm not here to display hatered remarks. I want something to be done about inmates rights being violated. We as the Black Race have heard the speech that the warden himself stated: He knows it's alot of negative things going on, on this facility But its nothing he can do. Why? Because ie he (tries) tries to do anything he knows he will no longer be warden. Yes, he said he would like to make this a better facility, and I truely believe he can make a big change, But as he stated its nothing he can do to help! Right after he gave that speech in the chapel, a few weeks after that a small racial riot broke out Nov. 17th Blacks, and Hispanics. Like I say its so much here one man alone can do and I can gone all the way to the murder that happened early part of last year 2001, But I promised to keep silent about it. Do to a favor of exchange that didn't quite happen the way it was supose to But you and the courts have my problem on hand and thats the most important thing to me an thats my freedom to my family. I thank you for your time hoping for some answers and hoping you recieve this letter if not I

I HAVE EXTRA COPIES TO SEND ONCE I GET TO ANOTHER LOCATION. I APPRECIATE YOUR TIME AN THE COURTS TIME IN THIS MATTER.

RESPECTFULLY SUBMITTED

ANDREW FORD #729542