DATE: 04 - 06 - 02



MAIL

United States District Court
Southern District of Texas

Filed
APR 1 0 2002
12:22 PM UA
Michael N. Milby, Clerk

ANDREW FORD #729542

P.O. BOX 100

HUNTSVILLE TEXAS 77342-0100

CAB-01-196

DEPUTY CLERK

1600 E. HARRISON ST. #101

BROWNSVILLE, TEXAS. 78520

I AM WRITTING TO INFORM YOU OF MY NEW
LOCATION. IF YOU MAY NEED ANY INFORMATION
PLEASE FEEL FREE TO CONTACT ME AT THE ADDRESS
ABOVE. I ALSO WOULD LIKE TO KNOW IF I DO GET
THIS CASE OVER-TURNED, WELL I GET MY LINE CLASS (1)
ONE, MY 661 DAYS G.C.T, AND WILL MY MANDATORY
DISCHARGE DATE RETURN TO ITS NORMAL PLACE
(MARCH 23RD 2002).? I PRAY THAT THE OUT COME
WILL BE A SUCCESS SO I CAN RETURN HOME TO MY
WIFE AND KIDS. YOUR RESPONSE WILL BE VERY
MUCH APPRECIATE IN THIS MATTER.

THANK YOU.

PLEASE NOTICE I MAY BE
HERE IN THIS UNIT FOR
JUST A FEW WEEKS ONCE
I GET TO MY ASSIGNED
UNIT. I WILL CONTACT
YOU ONCE AGAIN. THANK
YOU.

RESPECTFULLY SUBMITTED

ANDREW FORD #729542

Andrew Ford