Andrew Ford #729542                                    04/23/02
2101 FM 369 N.
Iowa Park, Texas. 76367

United States District Court
Southern District of Texas
FILED

Deputy Clerk
US District Court
1000 E. Harrison St #101
Brownsville, Tx. 78520

APR 3 0 2002

Michael N. Milby
Clerk of Court

CA B-01-196

Mr. Milby,

    I am writing concerning my transfer to my new unit of assignement. I am letting you and the court know of my new location so my claim will not be withdrawn. Also, I found out that the following case I have before the court contradicts itself. Do to the offense report the officer wrote and the teletype copy where changes were made should show proof of false documentation and the case should of been overturned. I hope the finding of errors will lead to the relief of my 552 days G.C.T, and line class (1) one status so I can return to my family in the free-world. Also, you will find that my worktime was also unlawfully taken along with my status and goodtime. I hope an pray for relief upon your assistance. Thanking you for your time in this matter.

Respectfully submitted
Andrew Ford #729542