UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 2 0 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ANDREW FORD, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-01-196 |
| | § | |
| DAVID FORREST, Warden, | § | |
| LEROY D. MONTGOMERY, | § | |
| Disciplinary Hearing Officer, | § | |
| A. REYES, Counsel Substitute, | § | |
| Defendants. | § | |

### ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. The Plaintiff's Complaint for damages pursuant to 42 U.S.C. § 1983 is hereby DISMISSED.

DONE at Brownsville, Texas this 16 day of August, 2002.

Hilda Tagle
United States District Judge